CGFI3 (8/1/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14−25083−RBR

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Marcial J Perez
1543 Estancia Circle
Weston, FL 33327

SSN: xxx−xx−1171

Rosibel Perez
1543 Estancia Circle
Weston, FL 33327

SSN: xxx−xx−6567

## NOTICE OF FILING OF CHAPTER 13 CASE AND
## NOTICE TO DEBTOR OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES

**TO ALL PARTIES OF RECORD:**

**NOTICE OF FILING OF CHAPTER 13 CASE:** The above−named debtor filed a chapter 13 bankruptcy case on **June 30, 2014.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, a **Notice of Chapter 13 Case, Meeting of Creditors and Deadlines** will be issued by the clerk's office notifying creditors of the dates set for the meeting of creditors and confirmation hearing and establishing a deadline for filing a proof of claim. If you received this notice you may be a creditor in this case. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property and certain co−debtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**TO THE DEBTORS, Marcial J Perez and Rosibel Perez :**

**NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES: NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **June 30, 2014**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

> **Local Form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" containing imaged signature(s) of the debtor and/or joint debtor** is deficient as indicated (See Local Rule 1007−1(D)):   **Declaration not filed**
> **Deadline to correct deficiency: 7/8/14**

> **Chapter 13 Plan** (Local Form LF−31) was not filed with the petition.
> **Deadline to correct deficiency: 7/14/14**

> **Schedules of assets and liabilities.** The following schedules were not filed.
> **Deadline to correct deficiency: 7/14/14**

> > Official Bankruptcy Form B6 Summary of Schedules and/or Part two Statistical Summary
> > Official Bankruptcy Form B6A Real Property
> > Official Bankruptcy Form B6B Personal Property
> > Official Bankruptcy Form B6C Property Claimed As Exempt
> > Official Bankruptcy Form B6D Creditors Holding Secured Claims
> > Official Bankruptcy Form B6E Creditors Holding Unsecured Priority Claims
> > Official Bankruptcy Form B6F Creditors Holding Unsecured Nonpriority Claims

Official Bankruptcy Form B6G Executory Contracts and Unexpired Leases

Official Bankruptcy Form B6H Codebtors Form

Official Bankruptcy Form B6I Current Income of Individual Debtor(s)

Official Bankruptcy Form B6J Current Expenditures of Individual Debtor(s)

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form B6 Declaration) was not filed or was not signed.
**Deadline to correct deficiency: 7/14/14**

- ☑ Declaration not filed
- ☐ Declaration not signed
- ☐ Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form B7) not filed or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 7/14/14**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Statement of Current Monthly Income and Disposable Income Calculation** (Official Bankruptcy Form 22C) not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 7/14/14**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(F). Payment advices are deficient as indicated: **Payment advices not filed**
**Deadline to correct deficiency: 7/14/14**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Joint Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(F). Payment advices are deficient as indicated: **Payment advices not filed**
**Deadline to correct deficiency: 7/14/14**

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF–11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated: 7/1/14**                                          **Clerk of Court**
                                                          By: Sandra Manboard , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.