UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

IN RE:   ROSIBEL PEREZ                                                                          CHAPTER: 13

CASE NO: 14-25083

DEBTOR.

**WITHDRAWAL OF PROOF OF CLAIM #2**

COMES NOW, **DEPARTMENT STORES NATIONAL BANK/MACY'S** and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of claim #2 in the amount of $1,143.68 filed on or about 07/28/14.

This is the 9TH day of December, 2014

DEPARTMENT STORES NATIONAL BANK/MACY'S

 /S/ Stacy Suire

NCO Financial Systems, Inc. n/k/a Transworld Systems, Inc.

Authorized Agents of DSNB/MACY'S

NCO Financial Systems, Inc. n/k/a Transworld Systems, Inc.

PO Box 4275

NORCROSS, GA 30091

(800) 209-9161

REFERENCE # 089598320

CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing withdrawal of Proof of Claim by depositing same in the United States First Class Mail with sufficient postage thereon to assure delivery to the following:

ORFELIA M MAYOR

7450 GRIFFIN RD # 170

DAVIE, FL 33314

ROBIN R WEINER

POB 559007

FORT LAUDERDALE, FL 33355

This is the 9TH day of December, 2014

/S/Stacy Suire

NCO Financial Systems, n/k/a Transworld Systems, Inc.